NEW JERSEY STATE POLICEMEN'S BENEVOLENT ASSOCIA-
TION, NEW JERSEY STATE POLICEMEN'S BENEVOLENT
ASSOCIATION, LOCAL # 2¹ v. TOWN OF KEARNY.

February 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. MARVIN KAYE.

February 18, 1981.

Petition for certification denied.   (See 176 *N.J.Super.* 484)

IN THE MATTER OF THE HEARING OF ISTVAN
MATYASOVSZKI.

February 18, 1981.

Petition for certification denied.

JOSEPH J. REGER v. HELMSLEY–SPEAR, INC.

February 18, 1981.

Petition for certification denied.